**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

GREGORY BAUCUM,

        Plaintiff,

   vs.

PRIMECARE MEDICAL, INC.;
DEBBI M. LEISHAR; DR. PETERS;
WESTMORELAND COUNTY
PRISON; and WARDEN STEVEN
PELESKY,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

2:25-CV-1098

Hon. J. Nicholas Ranjan

Magistrate Judge Patricia L. Dodge

**MEMORANDUM ORDER**

On July 31, 2025, *pro se* Plaintiff Gregory Baucum filed a complaint (ECF 5) alleging civil claims arising out of his incarceration at Westmoreland County Prison. The matter was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation (ECF 13) filed by Judge Dodge on April 23, 2026. Judge Dodge recommended that the Court dismiss the case with prejudice under Federal Rule of Civil Procedure 41(b) due to Mr. Baucum's failure to prosecute. Judge Dodge relied on the Third Circuit's decision in *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), which set forth six factors to be weighed in considering whether the dismissal is proper under Rule 41(b). Judge Dodge found that the first, third, and fourth *Poulis* factors weigh heavily in favor of dismissal because Mr. Baucum has repeatedly failed to comply with the Court's orders and has not communicated with the Court since September 2025. ECF 13, p. 3. The parties were notified that objections to the Report & Recommendation were due by May 11, 2026. No objections were filed.

- 1 -

- 2 -

Upon a review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

AND NOW, this 3rd day of June, 2026, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE**. The Report & Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:

Gregory Baucum
#3636-2024
Westmoreland County Prison
3000 S. Grande Blvd.
Greensburg, PA 15601